IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| DANIEL DELLENBAUGH, | ) | |
| Plaintiff, | ) | 2:18-CV-01108-CRE |
| vs. | ) | |
| LUCAS GOBRECHT, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR THE CITY OF PITTSBURGH AND IN HIS INDIVIDUAL CAPACITY; GABRIEL LAMBRIGHT, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR THE CITY OF PITTSBURGH AND IN HIS INDIVIDUAL CAPACITY; MICHAEL SOROCZAK, IN HIS OFFICIAL CAPACITY AS POLICE OFFICER FOR THE CITY OF PITTSBURGH AND IN HIS INDIVUDAL CAPACITY; AND JEREMY HURLEY, IN HIS OFFICIAL CAPACITY AS K-9 AND POLICE OFFICER FOR THE CITY OF PITTSBURGH, AND IN HIS INDIVIDUAL CAPACITY; | ) | |
| Defendants. | ) | |

**ORDER**

AND NOW, this 15th day of September, 2020,

Upon consideration of Defendants' motion for summary judgment (ECF No. 55), it is HEREBY ORDERED that Defendants' motion is granted in part and denied in part. Defendants' motion is denied in respect to their argument on judicial estoppel and granted in all other respects. The remaining claims against Officer Hurley survive: state law claims for assault and battery.

A video status conference is scheduled for **November 17, 2020 at 10:00AM**.

1

2

                By the Court:

                <u>s/ Cynthia Reed Eddy</u>
                Cynthia Reed Eddy
                Chief United States Magistrate Judge

cc: all registered counsel via CM-ECF

Case 2:18-cv-01108-CRE   Document 74   Filed 09/15/20   Page 2 of 2